UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-61935-CIV-MORENO

SHAKER VILLAGE CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. CRC-14411,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON ATTORNEYS' FEES

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation to determine the amount of reasonable attorneys' fees incurred by Defendant Lloyd's of London **(D.E. No. 29)**, filed on **May 22, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 35)** on **August 10, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 35)** on **August 10, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) this Court overrules Plaintiff's Objections to the Report and Recommendation

(2) this Court GRANTS attorneys' fees to Defendant for $7,954.00 for which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record